| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   **MexTex Operating Company**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   2 0 – 3 1 3 6 4 7 6

4. **Debtor's address**

   **Principal place of business**  
   **c/o Mark Wiggins, President**  
   Number    Street  
   **3904 Lago Vista Dr.**  
   _____  
   **Austin**              **TX**     **78734**  
   City                    State   ZIP Code  

   **Travis**  
   County

   **Mailing address, if different from principal place of business**  
   _____  
   Number    Street  
   _____  
   P.O. Box  
   _____  
   City          State    ZIP Code

   **Location of principal assets, if different from principal place of business**  
   **Various counties in Texas**  
   Number    Street  
   _____  
   _____  
   City          State    ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **MexTex Operating Company**     Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

    **2 1 3 1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.  Check all that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **MexTex Operating Company** _____  Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY
             District _____ When _____ Case number _____
                                      MM / DD / YYYY
             District _____ When _____ Case number _____
                                      MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
            District _____ When _____
                                      MM / DD / YYYY
            Case number, if known _____

            Debtor _____ Relationship _____
            District _____ When _____
                                      MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**  *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**  _____
                                 Number     Street
                                 _____

                                 _____   _____   _____
                                 City                    State    ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor  **MexTex Operating Company**                                    Case number (if known) _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [ ] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [x] 50-99 | [ ] 5,001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 |
| [ ] 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [x] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [x] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/07/2020**
MM / DD / YYYY

X  **/s/ Mark Wiggins**
Signature of authorized representative of debtor
**Mark Wiggins**
Printed name
**President and CEO**
Title

Debtor **MexTex Operating Company**     Case number (if known) _____

**18. Signature of attorney**

X **/s/ Thomas Rice**
Signature of attorney for debtor

Date **07/07/2020**
MM / DD / YYYY

**Thomas Rice**
Printed name

**Pulman, Cappuccio & Pullen, LLP**
Firm name

**2161 NW Military Highway**
Number     Street

**Suite 400**

**San Antonio**     **TX**     **78213**
City     State     ZIP Code

**(210) 222-9494**
Contact phone

**trice@pulmanlaw.com**
Email address

**24025613**
Bar number

**TX**
State

## WRITTEN CONSENT BY PRESIDENT OF
## MEXTEX OPERATING COMPAMY

The undersigned, being the President of MexTex Operating Company ("MexTex Operating"), a corporation existing under and by virtue of the laws of the State of Texas, hereby authorizes, approves, consents to, and adopts the following resolutions:

**WHEREAS**, management of MexTex Operating has had the opportunity to fully consider each of the strategic alternatives available to MexTex Operating; and

**WHEREAS**, in the judgment of management, it is desirable and in the best interest of MexTex Operating, its creditors, and other interested parties that a petition be filed on behalf of MexTex Operating seeking relief under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"); and

**NOW, THEREFORE, BE IT**

**RESOLVED** that Mark L. Wiggins (the "Designated Officer") of MexTex Operating, acting alone or with one or more Designated Officers is hereby authorized, directed and empowered, on behalf of and in the name of MexTex Operating, to execute and verify a petition in the name of MexTex Operating under chapter 11 of the Bankruptcy Code ("Chapter 11") and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division, in such form and at such time as the Designated Officers executing said petition shall determine; and be it

**RESOLVED FURTHER**, that the Designated Officers, or any one of them be and each hereby is, further authorized, directed, and empowered to file all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief; and be it

{00486222}

– 1 –

**RESOLVED FURTHER**, that the Designated Officers, or anyone of them be and each hereby is, authorized, directed and empowered on behalf of and in the name of MexTex Operating to employ and retain the law firm of Pulman, Cappuccio & Pullen, LLP ("PC&P"), as bankruptcy counsel for MexTex Operating in the Chapter 11 case to represent and assist MexTex Operating in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of MexTex Operating, including filing pleadings; and be it

**RESOLVED FURTHER**, that in addition to the specific authorizations hereto conferred upon the Designated Officers of MexTex Operating or their designees, shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, MexTex Operating, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by any of the Designated Officers of MexTex Operating or by PC&P to seek relief on behalf of MexTex Operating under Chapter 11 or in connection with the Chapter 11 bankruptcy case, or any matter related thereto, be and hereby are adopted, ratified, confirmed and approved in all respects as the acts and deeds of MexTex Operating; and be it

**RESOLVED FURTHER**, that the Designated Officers be, and each of them hereby is, authorized and empowered, with full power of delegations, for and in the name and on behalf of MexTex Operating to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions.

IN WITNESS WHEREOF, this *Written Consent by President of MexTex Operating Company* is executed as of this 6 day of July, 2020.

        MEXTEX OPERATING COMPANY,
        a Texas corporation

        By: _____
        Name:    Mark L. Wiggins
        Its:      President

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>MexTex Operating Company</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><b>WESTERN DISTRICT OF TEXAS</b></td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Integrity Services  PO Box 5989  Midland, TX 79704 | | Trade | Disputed | | | $1,084,610.90 |
| 2 | Schlumberger  PO Box 732149  Dallas, TX 75373-2149 | | | Disputed | | | $835,000.85 |
| 3 | Gyrodata Incorporated  23000 Northwest Lake Drive  Houston, TX 77095 | | Trade | Disputed | | | $528,772.50 |
| 4 | Premier Pipe, LLC  PO Box 840306  Dallas, TX 75284-006 | | | Disputed | | | $368,905.27 |
| 5 | Valence Drilling Fluids, LP  PO Box 20007  Oklahoma City, OK 73156-0007 | | | Disputed | | | $204,714.83 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor   **MexTex Operating Company**                                  Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Applied US Energy, Inc. 22510 Network Place Chicago, IL 60673-1225 | | | Disputed | | | $195,873.22 |
| 7 | Concho Services, LLC PO Box 517 Eden, TX 76837 | | | Disputed | | | $185,741.75 |
| 8 | Nibletts Oilfield Services, Inc. PO Box 910 Eldorado, TX 76936 | | | Disputed | | | $154,497.14 |
| 9 | Wellhead Specialties Equipment PO Box 69498 Odessa, TX 79769 | | | Disputed | | | $151,679.88 |
| 10 | Simbro Construction, LLC 2125 KC 25 Junction, TX 76849 | | | Disputed | | | $140,153.53 |
| 11 | H&S Rental Services PO Box 62582 San Angelo, TX 76906 | | | Disputed | | | $126,956.11 |
| 12 | New Tech Global Ventures, LLC PO Box 474 MSC 800 Houston, TX 77210 | | | Disputed | | | $120,000.00 |
| 13 | Yellow Jacket Oilfield Services, LLC PO Box 841516 Dallas, TX 75284-1396 | | | Disputed | | | $118,793.52 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Debtor   **MexTex Operating Company**                                         Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Trend Services, Inc<br>PO Box 747<br>Broussard, LA 70518 | | | Disputed | | | $100,338.44 |
| 15 Adams Pumping<br>PO Box 653<br>Junction, TX 76849 | | Trade | Disputed | | | $86,500.00 |
| 16 Surgitech, Inc<br>PO Box 941811<br>Houston, TX 77094 | | | Disputed | | | $82,672.47 |
| 17 Buffalo Head Energy Services<br>15905 Waverly Dr<br>Houston, TX 77032 | | | Disputed | | | $71,574.64 |
| 18 CWCLP<br>6243 Wilers Way<br>Houston, TX 77057 | | | Disputed | | | $66,629.00 |
| 19 DM Glover, Inc.<br>PO Box 948<br>Ozona, TX 76943-0948 | | | Disputed | | | $59,379.37 |
| 20 Pason Systems USA Corp<br>16100 Table Mountain Parkway, Ste 100<br>Golden, CO 80403 | | | Disputed | | | $58,029.18 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **MexTex Operating Company**             CASE NO

                                                                                           CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   7/7/2020                                    Signature    /s/ Mark Wiggins
                                                                                          *Mark Wiggins*
                                                                                          *President and CEO*

Date                                                      Signature

| | | |
|---|---|---|
| AAA Testers, Inc<br>PO Box 807<br>Big Lake, TX 76932 | Buffalo Head Energy Services<br>15905 Waverly Dr<br>Houston, TX 77032 | Distribution Now<br>PO Box 200822<br>Dallas, TX 75320 |
| Abilene Well<br>PO Box 5969<br>Abilene, TX 79609 | Butch's Rat Hole & Anchor Servi<br>PO Box 1323<br>Levelland, TX 79336-1323 | DM Glover, Inc.<br>PO Box 948<br>Ozona, TX 76943-0948 |
| Adams Pumping<br>PO Box 653<br>Junction, TX 76849 | Can-Doo Budget Rental Inc.<br>301 Goliad Dr.<br>Abilene, TX 79601 | Drilling Tools Sales & Rentals<br>280 E. Valencia St.<br>Odessa, TX 79766 |
| Anderson Perforating Serivces,<br>PO Box 2037<br>Albany, TX 76430 | Compass Cementing<br>PO Box 677781<br>Dallas, TX 75267-7781 | Dustin Stapp<br>18005 N. RR 1674<br>Junction, TX 76849 |
| Applied US Energy, Inc.<br>22510 Network Place<br>Chicago, IL 60673-1225 | Concho Services, LLC<br>PO Box 517<br>Eden, TX 76837 | Elba Adams- Location Damages/Ca<br>PO Box 392<br>Junction, TX 76849 |
| Attorney General of US<br>US Dept of Justice<br>950 Pennsylvania Ave,NW<br>Washington, DC 20530-0001 | Crowder Services, Inc<br>PO Box 1056<br>Eldorado, TX 76936 | Express Energy Services<br>PO Box 843971<br>Dallas, TX 75284 |
| B&R Downhole & Anchor Serivce,<br>PO Box 69576<br>Odessa, TX 79769 | CWCLP<br>6243 Wilers Way<br>Houston, TX 77057 | Fesco, LTD<br>1000 Fesco Ave<br>Alice, TX 78332 |
| Baird Hotshot<br>2217 Lynn St.<br>Pampa, TX 79065 | David Love Welding<br>PO Box 112<br>Sonora, TX 76950 | FGFP, LLC<br>3904 Lago Vista Dr.<br>Austin, TX 78734 |
| Basic Energy Services<br>PO Box 841903<br>Dallas, TX 75284-1903 | DC Compression<br>PO Box 62300<br>San Angelo, TX 76906 | Flying A Pumping Services, LLC<br>PO Box 2123<br>Albany, TX 76430 |
| Bronco Oilfield Services<br>PO Box 203379<br>Dallas, TX 75300-3379 | Devin Ace Stewart<br>42 Hickory Street<br>Junction, TX 76849 | Grider Trucking Co, Inc<br>PO Box 304<br>Sonora, TX 76950 |

| | | |
|---|---|---|
| Gyrodata Incorporated<br>23000 Northwest Lake Drive<br>Houston, TX 77095 | Jett Electric Company, Inc.<br>926 Jody Lane<br>San Angelo, TX 76904 | New Tech Global Ventures, LLC<br>PO Box 474 MSC 800<br>Houston, TX 77210 |
| Gyrodata Incorporated<br>c/o Dore ROthberg McKay, PC<br>Attn: Will Rutledge, Esq.<br>17171 Park Row, Suite 160<br>Houston, TX  77084 | JMC Transport Service, LLC<br>PO Box 696<br>Sonora, TX 76950 | Nibletts Oilfield Services, Inc<br>PO Box 910<br>Eldorado, TX 76936 |
| H&S Rental Services<br>PO Box 62582<br>San Angelo, TX 76906 | JMR Services, LLC<br>PO Box 80730<br>Mildand, TX 79708-0730 | Pason Systems USA Corp<br>16100 Table Mountain Parkway, S<br>Golden, CO 80403 |
| Hulk Oilfield Serivces<br>PO Box 906<br>Monahans, TX 79756 | KE Andrews<br>1900 Dalrock Rd.<br>Rowlett, TX 75088 | Patin Oil & Gas Company<br>2426 Watts Street<br>Houston, TX 77030 |
| Integrity Services<br>PO Box 5989<br>Midland, TX 79704 | Kimble County Tax A/C<br>P.O. Box 307<br>Junction, TX  76849 | Pedernales Electric<br>PO Box 1<br>Johnson City, TX 78636 |
| Integrity Services, LLC<br>c/o Greenberg Traurig, LLP<br>Attn: Cara Kelly, Esq.<br>300 W. 6th St., Suite 2050<br>Austin, TX  78701 | Knight Oil Tools<br>PO Box 52688<br>Lafayette, LA 70505-2688 | Petrolift Systems, Inc.<br>PO box 116<br>Seminole, TX 79360 |
| Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Liberty Bit Service, Inc.<br>PO Box 69709<br>Odessa, TX 79769 | Petrophysical Solutions Inc.<br>1500 City West Blvd. Ste 420<br>Houston, TX 77042 |
| Jacam Chemicals 2013, LLC<br>PO Box 96<br>Sterling, TX 67579 | Margaret Hooton<br>3433 Bryn Mawr<br>Dallas, TX  75225 | Pioneer Truck Lines<br>2800 Post Oak Blvd. Suite 4100<br>Houston, TX 77056 |
| Jet Specialty, Inc.<br>PO Box 678286<br>Dallas, TX 75267-8286 | MexTex Contract Fee Due<br>3904 Lago Vista Dr.<br>Austin, TX 78734 | Premier Pipe, LLC<br>PO Box 840306<br>Dallas, TX 75284-006 |
| Jet Specialty, Inc.<br>c/o Morgan Leeton, PC<br>Attn: Michael T. Morgan, Esq.<br>400 W. Illinois, Suite 120<br>Midland, TX  79701 | MSI Inspections<br>PO Box 6183<br>Edmond, OK 73083 | Pro Welding, LLC<br>2421 W. 49th Street<br>Odessa, TX 79764 |

Quail Tools
PO Box 10739
New Iberia, LA 70562-0739

Spartan Flow Contronl Serivces,
511 Corgey Rd
Pleasanton, TX 78064

US Attorney's Office
Attn: Bankruptcy Div.
601 NW Loop 410 #600
San Antonio, TX  78216

Richards Hot Oil & Lease Service
PO Box 816
Giddings, TX 78942

Surgitech, Inc
PO Box 941811
Houston, TX 77094

Valence Drilling Fluids, LP
PO Box 20007
Oklahoma City, OK 73156-0007

Rocking R Investments, Inc.
c/o H. Rugeley Ferguson, Jr.
8615 N. New Braunfels Ave.
San Antonio, TX  78217

Texas Railroad Commission
Attn: Legal
P.O. Box 12967
Austin, TX  78711

Wavefront Technology Solutions
5621-70 Street
Edmonton, Alberata , CA T6B 3P6

Ruff Equipment
PO Box 130400
The Woodlands, TX 77393

Thomas Alonzo
308 S. 7th Street
Junction, TX 76849

Weaver Production Testing
PO Box 473
Sonora, TX 76950

Schlumberger
PO Box 732149
Dallas, TX 75373-2149

Thru Tubing Solutions
PO Box 203379
Dallas, TX 75320

Wellhead Specialties Equipment
PO Box 69498
Odessa, TX 79769

SDS Petroleum Consultants, LLC
PO Box 456
Troup, TX 75789

Tracer Supply Company, Inc
PO Box 3732
San Angelo, TX 76902

Yellow Jacket Oilfield Services
PO Box 841516
Dallas, TX 75284-1396

Shane Adams
PO BoX 653
Junction, TX 76849

Trend Comm, Inc.
PO Box 747
Broussard, LA 70518

Shirley Shroyer
2910 Goliad Street
Big Springs, TX 79720

Trend Services, Inc
PO Box 747
Broussard, LA 70518

Simbro Construction, LLC
2125 KC 25
Junction, TX 76849

Ulterra Drilling Technologies,
PO Box 650092
Dallas, TX 75265-0092

Southwest Digger & Anchor Servi
PO Box 756
Sonora, TX 76950

United States Trustee
615 E. Houston, Suite 533
San Antonio, TX 78205

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                  CHAPTER    **11**
**MexTex Operating Company**

DEBTOR(S)              CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| FGFP, LLC<br>3904 Lago Vista Dr.<br>Austin, TX 78734 | | | 50% shareholder |
| Margaret Hooton<br>3433 Bryn Mawr<br>Dallas, TX 75225 | | | 50% shareholder |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the **President and CEO** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **7/7/2020**          Signature: **/s/ Mark Wiggins**
                                                       *Mark Wiggins*
                                                       **President and CEO**