IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: MEXTEX OPERATING COMPANY, | § § | CASE NO. 20-10768-hcm |
| Debtor. | § | CHAPTER 11 |
| DOUBLE K DRILLING, LLC, Plaintiff, | § § § | |
| v. | § § § | ADVERSARY NO. _____ (Removed from Cause No. 19-12-140 271st Judicial District Court, Jack County, Texas) |
| MEXTEX OPERATING COMPANY and ROCKING R INVESTMENTS, INC., Defendants. | § § § § | |

## NOTICE OF REMOVAL

Rocking R Investments, Inc., a defendant in the above-styled cause (the "**Removing Party**") removes a case currently pending in the 271st District Court, Jack County, Texas, Cause #19-12-140 (the "State Court Action" or the "Removed Case") and in support thereof would show the Court the following:

1. The federal court has subject matter jurisdiction of the Removed Case pursuant to 28 U.S.C. § 1334(b). Removal of this case is appropriate to the Bankruptcy Court pursuant to the Standing Order of Reference of Bankruptcy Cases and Proceedings for the Western District of Texas.

2. This removal is timely filed pursuant to Rule 9027(a)(2), Bankruptcy Rules of Procedure.

3. On July 7, 2020, MexTex Operating Company ("Debtor") filed its Voluntary Chapter 11 Petition under 11 U.S.C. § 101 *et. seq.* in this Court.

4. The Removed Case is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2)(B) & (O).

5. Removing Party waives any right to a jury trial in this Bankruptcy Court and consents to the entry of final orders or judgments by this Bankruptcy Court.

6. All Parties and their Counsel of record in the Removed Case are as follows:

    A. **Plaintiff:** Double K Drilling, LLC

        **Counsel:** William R. (Butch) Korb
        State Bar No. 11681350
        Eric J. Millner
        State Bar No. 24041493
        Bourland, Wall & Wenzel, PC
        301 Commerce St., Ste. 1500
        Ft. Worth, TX 76102
        Telephone: 817.877.1088
        bkorb@bwwlaw.com
        emillner@bwwlaw.com

        Worth Irvin Thornton
        State Bar No. 24090432
        PO Box 1078
        Jacksboro, TX 76458
        Telephone: 940.567.4030
        worth@worthitlaw.com

    B. **Defendant:** MexTex Operating Company

        **Counsel:** Corey F. Wehmeyer
        State Bar No. 24051903
        John W. Ellis
        State Bar No. 24087467
        Santoyo Wehmeyer PC
        IBC Highway 281 North Centre Building
        12400 San Pedro Avenue, Suite 300
        San Antonio, TX 78216
        Telephone: 210.998.4200
        Facsimile: 210.998.4201
        cwehmeyer@swenergylaw.com
        jellis@swenerylaw.com

        William Keaton Blackburn
        State Bar No. 02389500
        101 North 6th Street
        PO Box 446
        Junction, TX 76849

                                Telephone:   325.446.3336
                                Facsimile:    325.446.3337
                                keaton@blackburncompany.com

**Defendant:**    Rocking R Investments, Inc.

**Counsel:**    Nathaniel Peter Holzer
                        State Bar No. 00793971
                        Jordan, Holzer & Ortiz, P.C.
                        500 N. Shoreline Blvd, Suite 900
                        Corpus Christi, TX 78401
                        Telephone:   361.884.5678
                        Facsimile:    361.888.5555
                        pholzer@jhwclaw.com

                        Lisa Lumley
                        Lisa Lumley Law
                        5104 Arbor Mill Dr.
                        Fort Worth, TX 76135
                        Telephone:   817.238.8985
                        Facsimile:    817.887.2656
                        Lisa@LisaLumleyLaw.com

8.    Removing Party will give notice of this removal to all parties by and through their attorneys of record and will file a copy of this Notice of Removal with the District Clerk of Jack County, Texas under the state court cause number for the Removed Case.

9.    A copy of the state court's docket sheet and copies of all pleadings, orders and writs on file in the Removed Case will be provided to the Bankruptcy Clerk.

For the foregoing reasons, Removing Party requests that this Court exercise its jurisdiction of the Removed Case, that the Removed Case proceed in this Court and that Removing Party have such other and further relief, at law or in equity to which it may show itself to be justly entitled.

Dated: July 9, 2020.                        Respectfully submitted,

                                                    */s/ Nathaniel Peter Holzer*
                                                    Nathaniel Peter Holzer
                                                    State Bar No. 00793971

*Jordan, Holzer & Ortiz, PC*
500 North Shoreline Blvd, Suite 900
Corpus Christi, TX 78401-0341
Telephone:    361.884.5678
Facsimile:    361.888.5555
Email: pholzer@jhwclaw.com
**ATTORNEY FOR REMOVING PARTY**
**ROCKING R INVESTMENTS, INC.**

## CERTIFICATE OF SERVICE

I certify that on July 9, 2020 a true and correct copy of the foregoing was served on those parties listed below via e mail as follows:

Thomas Rice
Pulman Cappuccio & Pullen, LLP
2161 NW Military Hwy Suite 400
San Antonio, TX 78213
trice@pulmanlaw.com

William R. (Butch) Korb
Eric J. Millner
Bourland, Wall & Wenzel, PC
301 Commerce St., Ste. 1500
Ft. Worth, TX 76102
bkorb@bwwlaw.com
emillner@bwwlaw.com

Worth Irvin Thornton
PO Box 1078
Jacksboro, TX 76458
worth@worthitlaw.com

Corey F. Wehmeyer
John W. Ellis
Santoyo Wehmeyer PC
IBC Highway 281 North Centre Building
12400 San Pedro Avenue, Suite 300
San Antonio, TX 78216
cwehmeyer@swenergylaw.com
jellis@swenerylaw.com

Lisa Lumley
Lisa Lumley Law
5104 Arbor Mill Dr.
Fort Worth, TX 76135
Lisa@LisaLumleyLaw.com

/s/ *Nathaniel Peter Holzer*
Nathaniel Peter Holzer

Notice of Removal Page 5